# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-1715 FFM | Date | May 25, 2017 |
|---|---|---|---|
| Title | STEVEN GANDARILLA v. CAROLYN W. COLVIN | | |

Present: The Honorable Frederick F. Mumm, United States Magistrate Judge

| James Munoz | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None present      None present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On March 2, 2017, the parties sought an extension of time to May 24, 2017, to file the joint stipulation required by the Court's Case Management Order. (Dkt. 18.) On March 10, 2017, the Court granted the parties' request. (Dkt. 19.) The parties have not yet filed the joint stipulation.

Accordingly, the parties are ordered to show cause, in writing and within ten (10) days of the date of this Order, why they have failed to file the joint stipulation. The filing of the joint stipulation within this time frame will be deemed a sufficient response to this Order.

IT IS SO ORDERED.

                                                                              :
                                      Initials of Preparer            JM